Electronically Filed
Supreme Court
SCWC-19-0000563
28-JAN-2021
11:22 AM
Dkt. 3 ODAC

SCWC-19-0000563

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellant,

vs.

DANIEL IRVING JAMES MANION,
Petitioner/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000563; 1DTA-19-00266)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Defendant-Appellee Daniel Irving James

Manion's application for writ of certiorari filed on

December 22, 2020, is hereby rejected.

DATED:  Honolulu, Hawai'i, January 28, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson



/s/ Todd W. Eddins